UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTREY D. BASS
    Petitioner,

vs.                                          Case No.: 4:20cv506/TKW/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 63) and Petitioner's objection (Doc. 66). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court agrees with the magistrate judge's determination that Petitioner is not entitled to habeas relief under 28 U.S.C. §2254 and that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to voluntarily dismiss Ground Seven (Doc. 61) is **GRANTED**.

3. Petitioner's third amended §2254 petition (Doc. 49) is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**